AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| BLIANA HERNANDEZ <br><br> *Plaintiff(s)* <br> v. <br> PROJECT REDIRECT, INC. and <br> PROJECT REDIRECT, INC. OF THE DISTRICT OF COLUMBIA <br><br> *Defendant(s)* | Civil Action No. 1:24-cv-08302-RER-JRC |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* PROJECT REDIRECT, INC - 533 3rd Avenue, Brooklyn NY, 11215

PROJECT REDIRECT, INC. OF DC - 855 16th Street Suite 700, Silver Spring, MD 20910

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Akin & Salaman PLLC
Hakan Sen, Esq.
45 Broadway, Suite 1420
New York, NY 10006
Telephone: (212) 825-1400

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**BRENNA B. MAHONEY**
*CLERK OF COURT*

Date: 12/3/2024

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*